**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2026
```

INTERNATIONAL TENNIS
FEDERATION, LTD.,
                    Plaintiff,

        - against -

WTA TOUR, INC.,
                    Defendant.

**26-cv-3259 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is **ORDERED** that a hearing shall be held on April 29, 2026, at 11 am in Courtroom 15B at the Daniel Patrick Moynihan United States Courthouse (500 Pearl St., New York, NY 10007-1312) in which Plaintiff may present their arguments in support of its request for issuance of a preliminary injunction. At such time, Defendant may also be heard as to opposition to Plaintiff's application for a preliminary injunction.

**IT IS FURTHER ORDERED** that opposing papers shall be filed and served on or before April 24, 2026, at 5 pm. Any reply shall be filed and served on or before April 28, 2026, at 12 pm.

**SO ORDERED.**

Dated:    22 April 2026
          New York, New York

                                    Victor Marrero
                                    U.S.D.J.